```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 09 B 05135
   PAUL KETTERER
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-1931


--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/18/09 .

   2.  The case was converted to Chapter 7 without confirmation, 03/02/2009.

--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------

        Summary of disbursements:
--------------------------------------------------------------------------------
                       SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00           .00          .00          .00           .00
PRINCIPAL PAID             .00           .00          .00          .00           .00
INTEREST PAID              .00           .00          .00          .00           .00
TOTAL PAID                 .00           .00          .00          .00           .00
The Debtor's attorney, KEVIN L WILLIS                   , was allowed $         .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .




     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.




   Dated:  03/17/09              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
CASE NO. 09 B 05135 PAUL KETTERER
```